\*\*Original filed 10/20/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD, a.k.a. Morris Day,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUPREME COURT OF CALIFORNIA, et al.,<br><br>    Defendants. | No. C 06-4570 JF (PR)<br><br>ORDER OF DISMISSAL |

On July 27, 2006, Plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On that same day the Court sent a notification to Plaintiff that he had not paid the $350.00 filing fee or filed an application to proceed in forma pauperis with supporting documentation of a certificate of funds from his prisoner account and a trust account statement showing transactions for the past six months. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. As of the date of this order, Plaintiff has not responded.

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Alford570disifp               1

1  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or
2  file a completed in forma pauperis application.  The Clerk shall terminate any pending
3  motions and close the file.
4      IT IS SO ORDERED.
5  DATED: __10/20/06_____
6                                              _____
                                                JEREMY FOGEL
                                                United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Alford570disifp          2

1  A copy of this ruling was mailed to the following:

2

3  Rickey Louis Alford
J-39242/ D1-204
CSP - Salinas Valley IV
4  P.O. Box 1060
Soledad, CA  93960-1060

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Alford570disifp            3